## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Date:  May 13, 2009 | Courtroom Deputy: Nel Steffens |
| | Court Reporter: Kara Spitler |

**Criminal Case No.  09-cr-00044-JLK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Zachary Phillips |
| Plaintiff, | |
| v. | |
| 1.  PHOUC HUU PHAM, | Harvey Steinberg |
| Defendant. | |

## COURTROOM MINUTES

**Hearing on Motion for Review of Detention Order**

**10:14 a.m.**   Court in session.

Argument by Mr. Steinberg.

Argument by Mr. Phillips.

**IT IS ORDERED** as follows**:**

   1.   That **Defendant Pham's Motion for Review of Detention Order** [#122], filed May 7, 2009, is **GRANTED**, but consistent with the court's findings and conclusions; and

   2.   That defendant [1] Phouc Huu Pham shall be released on a 10% secured, $20,000 bond with standard conditions plus the special condition that defendant Pham participate in the electronic monitoring program; provided furthermore, that defendant Pham must have employment of a minimum of forty hours per week.

**10:19 a.m.**   Court in recess.
Hearing concluded.
Total in-court time:  00:05