IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Courtroom Deputy: LaDonne Bush                    Date: February 5, 2010
Court Reporter: Kara Spitler
Probation Officer: Laura Ansart

Criminal Action No. 09-cr-00044-JLK-1

_Parties:_                                        _Counsel:_

UNITED STATES OF AMERICA,                         Zachary Phillips

        Plaintiff,

v.

1.  PHOUC HUU PHAM,                               Harvey Steinberg

        Defendant.

_____

SENTENCING MINUTES
_____

10:11 a.m     Court in session.

Defendant is present and on bond.

**Defendant plead guilty to Count One of the Superseding Indictment on November 10, 2009.**

**ORDERED**:  Motion for Downward Departure (Doc. 202 ) is granted.

Argument by counsel.  No statement by Defendant.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 30 months.

**ORDERED**:  Upon release from imprisonment, Defendant shall be placed on supervised release for a term of three years.

**Conditions of supervised release:**

(X)     Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.

(X)     Defendant shall not commit another federal, state or local crime.

(X)     Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)     Defendant shall comply with the standard conditions adopted by the Court.

(X)     Defendant shall not unlawfully possess controlled substances.

(X)     Defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter.

(X)     Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**

(X)     Defendant shall participate in and successfully complete a program of testing and treatment for drug abuse as approved by the probation officer until such time as Defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant shall pay the cost of treatment as directed by the probation officer.

**ORDERED**:  No fine is imposed because Defendant has no ability to pay a fine.

**ORDERED:**  Defendant shall pay a special assessment of $100.00.

Defendant is advised of the right to appeal.

**ORDERED**:  Defendant may remain on bond and shall surrender at the institution designated by the Bureau of Prisons on or before March 18, 2010.

Court recommends to the Bureau of Prisons that Defendant participate in the RDAP program.

**ORDERED**:  Oral motion to dismiss Count Three of the Superseding Indictment is granted.

10:27 a.m.    Court in recess.

Hearing concluded.

2

Time: 00:21